UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVID DINNERMAN, individually and on behalf of all others similarly situated; PAUL FEINBERG, individually and on behalf of all others similarly situated; PACIFIC INFORMATION TECHNOLOGIES, an Arizona corporation; PACIFIC BUSINESS KK, a Tokyo Japan corporation; and TECHNOLOGY DESIGN SYSTEMS, LTD, a Hong Kong corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>DATTO, INC., a Connecticut corporation; and OPEN MESH, INC., an Oregon corporation,<br><br>    Defendants. | Case No. 8:23-cv-02301-JLS-(DFMx)<br><br>**JUDGMENT** |

# **JUDGMENT**

Whereas, on August 9, 2024, this Court issued an Order (Doc. No. 34) granting Defendants Datto, Inc. and Open Mesh, Inc.'s Motion to Dismiss Plaintiffs Joshua David Dinnerman, Paul Feinberg, Pacific Information Technologies, Inc., Pacific Business KK, and Technology Design Systems, Ltd.'s First Amended Complaint with prejudice, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Defendants and against Plaintiffs;
2. Plaintiffs shall take nothing by way of this suit;
3. Defendants may apply to the Clerk to tax eligible costs under Local Rule 54.

Date: August 23, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE